IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MARGIE McRAE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 318-025 |
| | * | |
| ALICE RENEE WOOTEN LESTER, Individually and as Personal Representative of the Estate of Jerome Wooten; GERALDINE WOOTEN CRAY; NINA WOOTEN BRANTLEY; GLENDA WOOTEN; ALLEN CURTIS WOOTEN; BERNARD WOOTEN; MARCUS WOOTEN, Individually and as Heirs at Law of Jerome Wooten, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Doc. No. 9.) To date, Defendants have not served their answer or motion for summary judgment. Accordingly, Plaintiff's voluntary dismissal complies with Federal Rule of Civil Procedure 41(a)(1). Upon due consideration, Plaintiff's Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2018.

*/s/ J. Randal Hall*
UNITED STATES DISTRICT JUDGE